IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
TEXARKANA DIVISION

JAMES C. GARNER                                                                                    PLAINTIFF

VS.                                        Civil No. 10-CV-4027

TEXARKANA ARKANSAS
POLICE, ET AL.                                                                                  DEFENDANTS

## ORDER

Now on this 27th day of September, 2010, comes on for consideration the proposed findings and recommendations filed herein on September 20, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts in toto the findings and recommendations.

Accordingly, the court finds that the above styled case should be and is hereby dismissed for failure to prosecute and failure to follow a court order pursuant to Fed. R. Civ. P. 41(b) (district court may dismiss case for failure to prosecute or comply with court orders).

IT IS SO ORDERED.

.                                  /s/ Harry F. Barnes
.                                  **HARRY F. BARNES**
.                                  **U.S. DISTRICT JUDGE**